ORDERED in the Southern District of Florida on ___02/27/07___.



                                          Raymond B. Ray, Judge
                                          United States Bankruptcy Court

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
www.flsb.uscourts.gov
Broward Division

In re:                                          Case No.  06-16243-BKC-RBR

YELITZA ORTIZ,                       Chapter 7

     Debtor.
_____/

### ORDER VALUING COLLATERAL FOR PURPOSES OF REDEMPTION.

THIS MATTER came before the Court for evidentiary hearing on February 22, 2007, on the Debtor's Motion to Redeem Collateral (C.P. 19) and the Response of Ford Motor Credit Company (C.P. 21). In accordance with the Court's concurrently issued Memorandum Opinion, it is hereby,

**ORDERED and ADJUDGED**

     1. That the replacement value of the collateral for the purpose of redemption is $8,783.25.

Copies furnished to:

Timothy S Kingcade, Esq
Soneet Kapila
Office of the US Trustee
Kenneth M. Jones. Esq.
Ford Motor Credit Company.